IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE JACQUELINE C. MELCHER / | No. C 16-05982 WHA<br>No. C 16-06123 WHA<br><br>**ORDER RE DOCKETING** |

A prior order consolidated the above-captioned cases, designated 16-5982 as the lead case, and administratively closed 16-6123. That order instructed the parties to make "[a]ll subsequent filings in this matter . . . in the lead case only." Case No. 16-5982 (Dkt. No. 12). Nonetheless, debtor Jacqueline Melcher, proceeding pro se, continued to file documents in 16-6123, and the Trustee followed suit. *See* Case No. 16-6123 (Dkt. Nos. 16–19).

The Clerk shall please **RE-DOCKET** entries 16 through 19 from 16-6123 to 16-5982. Going forward, the parties shall please **FILE ONLY IN THE LEAD CASE NUMBERED 16-5982**.

**IT IS SO ORDERED.**

Dated: February 9, 2017.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE