IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE JACQUELINE C. MELCHER | No. C 16-05982 WHA<br>No. C 16-06123 WHA<br><br>**ORDER GRANTING EXTENSION OF TIME FOR DEBTOR TO RESPOND TO MOTION TO DISMISS** |

    On January 24, the Trustee in this matter filed a motion to dismiss. Debtor Jacqueline Melcher's response to the motion was due on February 7. On February 8, debtor filed a request for extra time to respond to the Trustee's motion, citing various difficulties — including illness — in meeting the deadline. Debtor shall have until **FEBRUARY 17** to respond to the Trustee's motion to dismiss. The Trustee shall have until **FEBRUARY 24** to reply. The hearing on the motion is continued from March 2 to **MARCH 9 AT 8:00 A.M**.

**IT IS SO ORDERED.**

Dated: February 9, 2017.

                                                  WILLIAM ALSUP
                                                  UNITED STATES DISTRICT JUDGE