IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE JACQUELINE C. MELCHER | No. C 16-05982 WHA |
| / | **ORDER EXEMPTING APPELLANT FROM PACER FEES** |

The Court has considered debtor and appellant Jacqueline Melcher's motion for an exemption from PACER fees (Dkt. No. 27) and finds that such an exemption is warranted under these circumstances. Debtor is therefore **GRANTED** an exemption from PACER fees only to access electronic records in her cases currently pending before the undersigned judge (13-4930, 16-5982, and consolidated cases 16-5851, 16-5852, and 16-5853), for the sole purpose of litigating said cases, and for only as long as the cases remain pending.

**IT IS SO ORDERED.**

Dated: March 30, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE