IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE JACQUELINE MELCHER           No. C 16-05982 WHA

                                **JUDGMENT**

_____/

      For the reasons stated in the accompanying order affirming the decision of the bankruptcy court, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of John Richardson and against Jacqueline Melcher. The Clerk shall please **CLOSE THE FILE**.

      **IT IS SO ORDERED.**

Dated: September 30, 2017.                          _____
                                                          WILLIAM ALSUP
                                                          UNITED STATES DISTRICT JUDGE